UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: January 11, 2021

CASE NO. 1:20 CR 388

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

TANDRE BUCHANAN, JR.

APPEARANCES: Plaintiff: Scott Zaraycki
Defendant: Steven Bradley

PROCEEDINGS: Telephonic status held w/ all counsel participating. Court granted Defendant's motion to continue trial on 8/25/20. and Continuance continues and is for good cause & in the interests of justice to April 26, 2021. Trial scheduled April 21, 2021 @ 8:30.

_Betsy Preese_
~~Donald C. Nugent~~ Law Clerk
~~United States District Judge~~

Length of Proceedings: 15