IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-00388 |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| T'ANDRE BUCHANAN, | ) | |
| Defendant | ) | |

Now comes the Defendant, T'Andre Buchanan, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to issue an order granting a continuance of the jury trial scheduled in this case for November 29, 2021.

As grounds for this request Defendant states the following:

1) Counsel recently completed a 12 week jury trial in the United States District Court for the Northern District of Ohio, in the case captioned *United States of America v. Ashis Rakhit, et al.*, 1:18-cr-33, Judge Pamela Barker. Following counsel's extended engagement in trial, there have been numerous other significant matters that have demanded counsel's time and attention, all of which have prevented him from devoting the time necessary to prepare for trial herein as currently scheduled. Amongst those matters is the case captioned *United States of America v. Larry Householder*, in the United States District Court for the Southern District of Ohio, 1:20-cr-77, Judge Timothy Black. Counsel has significant obligations associated with the *Householder m*atter that require him to devote significant time and attention which interferes with his ability to prepare for trial herein. Further, counsel is scheduled for a Daubert hearing on Wednesday, November 17, 2021, in the case captioned *State of Ohio v. Gail Ritchey,* 19 C 83, in the Geauga County Court of Common Pleas, Judge David Ondrey. This case involves allegations of neonaticide. The Daubert hearing involves multiple experts and complex medical issues. The time necessary to prepare and conduct the hearing is time that counsel cannot devote to the necessary preparation for the trial in the instant case.

2) Defendant is free on bond and agrees to waive his Speedy Trial rights in accordance with this request.

3) Defense counsel does not seek a lengthy continuance and could be available for trial in January, 2022.

GRANTED: ___  DENIED: X
IT IS SO ORDERED.
/s/ Donald C. Nugent 11/15/21
U.S. DISTRICT JUDGE

This case has been cont'd @ Def's request at least 3 times and due to the complex scheduling issues, the Court has too many other trials scheduled to continue this trial.