> **6841237334 thereal_tandre_**
> And what they say
> 5/31/2020 10:56:00 PM

> **6841237334 thereal_tandre_**
> Yo brother was down there right next to me fucking shit up too
> 5/31/2020 10:56:13 PM

> **40366929 Buttbutt Girl**
> Swearrrr he was and nothing they was like I literally was watching a guy smash out the cupcake shop my ass was like what the hell they do with all the cupcakes
> 5/31/2020 10:59:44 PM

> **6841237334 thereal_tandre_**
> Man i was giving them out
> 5/31/2020 11:05:50 PM

> **40366929 Buttbutt Girl**
> I'm salty I wanted one of those mf
> 5/31/2020 11:06:25 PM

> **6841237334 thereal_tandre_**
> I wish I known
> 5/31/2020 11:27:55 PM

> **40366929 Buttbutt Girl**
> 6/5/2020 3:55:05 PM

> **6841237334 thereal_tandre_**
> When is it?
> 6/5/2020 3:55:21 PM

> **40366929 Buttbutt Girl**
> Sunday
> 6/5/2020 4:04:18 PM

> **6841237334 thereal_tandre_**
> I'll be there
> 6/5/2020 4:11:48 PM

> **6841237334 thereal_tandre_**
> 6/8/2020 1:37:57 PM

GOVERNMENT ATTACHMENT 1 1:20CR388