

GOVERNMENT ATTACHMENT 2 1:20CR388