
GOVERNMENT
ATTACHMENT
3
1:20CR388