

GOVERNMENT ATTACHMENT 7
1:20CR388