**+12168607877 Tea w/ Tee: Herbs N' Tee**
About to jump in the shower
Status: Sent
Delivered: 5/31/2020 10:32:19 AM(UTC-4)
5/31/2020 10:32:19 AM(UTC-4)

**+12166301815 My Favotite**
Ohh
Status: Read
Read: 5/31/2020 6:15:58 PM(UTC-4)
5/31/2020 10:35:23 AM(UTC-4)

**+12166301815 My Favotite**
Wyd
Status: Read
Read: 5/31/2020 6:49:55 PM(UTC-4)
5/31/2020 6:49:49 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
Getting dogged out by my whole fucking family
Status: Sent
Delivered: 5/31/2020 6:50:03 PM(UTC-4)
5/31/2020 6:50:03 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
Like I can't even leave the house because they are dogging tf outta me
Status: Sent
Delivered: 5/31/2020 6:50:18 PM(UTC-4)
5/31/2020 6:50:18 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
I'm bouta climb out the window cause they trying to wait until my dad come home
Status: Sent
Delivered: 5/31/2020 6:50:44 PM(UTC-4)
5/31/2020 6:50:43 PM(UTC-4)

**+12166301815 My Favotite**
I'm so dead
Status: Read
Read: 5/31/2020 6:54:22 PM(UTC-4)
5/31/2020 6:50:54 PM(UTC-4)

**+12166301815 My Favotite**
Lmao that video of you funny af
Status: Read
Read: 5/31/2020 6:54:22 PM(UTC-4)
5/31/2020 6:51:11 PM(UTC-4)

**GOVERNMENT ATTACHMENT 8 1:20CR388**

**+12168607877 Tea w/ Tee: Herbs N' Tee**
I'm so happy they ain't got my face
**Status:** Sent
**Delivered:** 5/31/2020 6:54:36 PM(UTC-4)
5/31/2020 6:54:36 PM(UTC-4)

**+12166301815 My Favotite**
Man you just gave it away
**Status:** Read
**Read:** 5/31/2020 6:54:50 PM(UTC-4)
5/31/2020 6:54:46 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
No I didn't
**Status:** Sent
**Delivered:** 5/31/2020 6:54:53 PM(UTC-4)
5/31/2020 6:54:53 PM(UTC-4)

**+12166301815 My Favotite**
I'm dead af tho
**Status:** Read
**Read:** 5/31/2020 6:55:17 PM(UTC-4)
5/31/2020 6:55:14 PM(UTC-4)

**+12166301815 My Favotite**
Lmao man you funny at
**Status:** Read
**Read:** 5/31/2020 6:55:20 PM(UTC-4)
5/31/2020 6:55:20 PM(UTC-4)

**+12166301815 My Favotite**
Af
**Status:** Read
**Read:** 5/31/2020 6:55:22 PM(UTC-4)
5/31/2020 6:55:22 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
I was with all the fuck shit yesterday
**Status:** Sent
**Delivered:** 5/31/2020 6:55:33 PM(UTC-4)
5/31/2020 6:55:32 PM(UTC-4)

**+12166301815 My Favotite**
They want to hang you about that shit
**Status:** Read
**Read:** 5/31/2020 6:57:52 PM(UTC-4)
5/31/2020 6:55:51 PM(UTC-4)

> **+12168607877 Tea w/ Tee: Herbs N' Tee**
> I know
> Status: Sent
> Delivered: 5/31/2020 6:57:56 PM(UTC-4)
> 5/31/2020 6:57:56 PM(UTC-4)

> **+12168607877 Tea w/ Tee: Herbs N' Tee**
> I'm reading these comments dead af
> Status: Sent
> Delivered: 5/31/2020 6:58:05 PM(UTC-4)
> 5/31/2020 6:58:05 PM(UTC-4)

> **+12166301815 My Favotite**
> Why would you wear that bright ass orange
> Status: Read
> Read: 5/31/2020 7:00:33 PM(UTC-4)
> 5/31/2020 6:58:46 PM(UTC-4)

> **+12166301815 My Favotite**
> You probably in hella videos
> Status: Read
> Read: 5/31/2020 7:00:33 PM(UTC-4)
> 5/31/2020 6:58:53 PM(UTC-4)

> **+12166301815 My Favotite**
> That's just the only one you seen
> Status: Read
> Read: 5/31/2020 7:00:33 PM(UTC-4)
> 5/31/2020 6:59:04 PM(UTC-4)

> **+12166301815 My Favotite**
> Wtf you get out cupcake shop
> Status: Read
> Read: 5/31/2020 7:00:33 PM(UTC-4)
> 5/31/2020 6:59:40 PM(UTC-4)

> **+12168607877 Tea w/ Tee: Herbs N' Tee**
> Man idgaf
> Status: Sent
> Delivered: 5/31/2020 7:00:46 PM(UTC-4)
> 5/31/2020 7:00:45 PM(UTC-4)

> **+12168607877 Tea w/ Tee: Herbs N' Tee**
> That lady put me out 3 years ago
> Status: Sent
> Delivered: 5/31/2020 7:00:54 PM(UTC-4)
> 5/31/2020 7:00:53 PM(UTC-4)

> +12168607877 Tea w/ Tee: Herbs N' Tee
> Talking about window shopping
> Status: Sent
> Delivered: 5/31/2020 7:01:03 PM(UTC-4)
> 5/31/2020 7:01:03 PM(UTC-4)

> +12166301815 My Favotite
> What lady
> Status: Read
> Read: 5/31/2020 7:01:04 PM(UTC-4)
> 5/31/2020 7:01:03 PM(UTC-4)

> +12166301815 My Favotite
> Man fuck window shopping you went shopping
> Status: Read
> Read: 5/31/2020 7:04:15 PM(UTC-4)
> 5/31/2020 7:01:25 PM(UTC-4)

> +12166301815 My Favotite
> Did you get us shoes from villa
> Status: Read
> Read: 5/31/2020 7:04:15 PM(UTC-4)
> 5/31/2020 7:01:33 PM(UTC-4)

> +12168607877 Tea w/ Tee: Herbs N' Tee
> I never went to the villa
> Status: Sent
> Delivered: 5/31/2020 7:04:26 PM(UTC-4)
> 5/31/2020 7:04:25 PM(UTC-4)

> +12166301815 My Favotite
> Aw man
> Status: Read
> Read: 5/31/2020 7:24:42 PM(UTC-4)
> 5/31/2020 7:05:56 PM(UTC-4)

> +12166301815 My Favotite
> Let me see what all you get
> Status: Read
> Read: 5/31/2020 7:24:42 PM(UTC-4)
> 5/31/2020 7:06:07 PM(UTC-4)

> +12168607877 Tea w/ Tee: Herbs N' Tee
> I got hella liquor, that mannequin, and a raw ass deer head
> Status: Sent
> Delivered: 5/31/2020 7:25:53 PM(UTC-4)
> 5/31/2020 7:25:53 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
I snuck out my window
**Status:** Sent
**Delivered:** 5/31/2020 7:38:23 PM(UTC-4)

5/31/2020 7:38:21 PM(UTC-4)

**+12166301815 My Favotite**
Deer head ?
**Status:** Read
**Read:** 5/31/2020 7:43:38 PM(UTC-4)

5/31/2020 7:40:49 PM(UTC-4)

**+12166301815 My Favotite**
And you fried
**Status:** Read
**Read:** 5/31/2020 7:43:38 PM(UTC-4)

5/31/2020 7:40:59 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
A deer head for the studio
**Status:** Sent
**Delivered:** 5/31/2020 7:43:49 PM(UTC-4)

5/31/2020 7:43:49 PM(UTC-4)

**+12166301815 My Favotite**
Anything
**Status:** Read
**Read:** 5/31/2020 7:45:16 PM(UTC-4)

5/31/2020 7:44:47 PM(UTC-4)

**+12166301815 My Favotite**
Yo mom kicked you out
**Status:** Read
**Read:** 5/31/2020 7:45:16 PM(UTC-4)

5/31/2020 7:44:56 PM(UTC-4)

**+12166301815 My Favotite**
Or they just mad
**Status:** Read
**Read:** 5/31/2020 7:45:16 PM(UTC-4)

5/31/2020 7:45:01 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
They mad
**Status:** Sent
**Delivered:** 5/31/2020 7:45:24 PM(UTC-4)

5/31/2020 7:45:20 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
But idc they a get over that shit
Status: Sent
Delivered: 5/31/2020 7:45:35 PM(UTC-4)
5/31/2020 7:45:34 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
My dad talking about he don't wanna see me face for a minute
Status: Sent
Delivered: 5/31/2020 7:45:50 PM(UTC-4)
5/31/2020 7:45:50 PM(UTC-4)

**+12166301815 My Favotite**
He had no choice but to see you y'all live together lmao
Status: Read
Read: 5/31/2020 7:47:19 PM(UTC-4)
5/31/2020 7:47:01 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
Man idgaf fuck them people
Status: Sent
Delivered: 5/31/2020 7:47:39 PM(UTC-4)
5/31/2020 7:47:39 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
She seen my face
Status: Sent
Delivered: 5/31/2020 7:47:42 PM(UTC-4)
5/31/2020 7:47:42 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
She was in there when I smashed that first window
Status: Sent
Delivered: 5/31/2020 7:48:00 PM(UTC-4)
5/31/2020 7:47:58 PM(UTC-4)

**+12166301815 My Favotite**
Weird flex but ok
Status: Read
Read: 5/31/2020 7:50:29 PM(UTC-4)
5/31/2020 7:50:24 PM(UTC-4)

**+12168607877 Tea w/ Tee: Herbs N' Tee**
Who flexing?
Status: Sent
Delivered: 5/31/2020 7:50:41 PM(UTC-4)
5/31/2020 7:50:41 PM(UTC-4)