| # | Type | Direction | | | Date/Time | | From/Participants | Content | |
|---|---|---|---|---|---|---|---|---|---|
| 35222 | Searched Items | | | | 5/31/2020 10:55:42 AM(UTC-4) | | | 6th leading cause of black males | |
| 35223 | Web History | | | | 5/31/2020 10:55:54 AM(UTC-4) [Last Visited] | | | 6th leading cause of black males - Google Search | |
| 35224 | Searched Items | | | | 5/31/2020 10:55:54 AM(UTC-4) | | | 6th leading cause of black males | |
| 35225 | Web History | | | | 5/31/2020 10:55:56 AM(UTC-4) [Last Visited] | | | 6th leading cause of black males - Google Search | |
| 35226 | Searched Items | | | | 5/31/2020 10:55:56 AM(UTC-4) | | | 6th leading cause of black males | |
| 35227 | Web History | | | | 5/31/2020 10:55:56 AM(UTC-4) [Last Visited] | | | 6th leading cause of black males - Google Search | |
| 35228 | Searched Items | | | | 5/31/2020 10:55:56 AM(UTC-4) | | | 6th leading cause of black males | |
| 35229 | Web History | | | | 5/31/2020 10:55:56 AM(UTC-4) [Last Visited] | | | 6th leading cause of black males - Google Search | |
| 35230 | Searched Items | | | | 5/31/2020 10:55:56 AM(UTC-4) | | | 6th leading cause of black males | |
| 35231 | Web History | | | | 5/31/2020 10:55:57 AM(UTC-4) [Last Visited] | | | 6th leading cause of black males - Google Search | |
| 35232 | Searched Items | | | | 5/31/2020 10:55:57 AM(UTC-4) | | | 6th leading cause of black males | |
| 35233 | Web History | | | | 5/31/2020 10:56:05 AM(UTC-4) [Last Visited] | | | 6th leading cause of black males - Google Search | |
| 35234 | Searched Items | | | | 5/31/2020 10:56:05 AM(UTC-4) | | | 6th leading cause of black males | |
| 35235 | Web History | | | | 5/31/2020 10:56:05 AM(UTC-4) [Last Visited] | | | 1st leading cause of black males - Google Search | |
| 35236 | Searched Items | | | | 5/31/2020 10:56:05 AM(UTC-4) | | | 1st leading cause of black males | |
| 35237 | Web History | | | | 5/31/2020 10:56:05 AM(UTC-4) [Last Visited] | | | 1st leading cause of black males - Google Search | |
| 35238 | Searched Items | | | | 5/31/2020 10:56:05 AM(UTC-4) | | | 1st leading cause of black males | |
| 35239 | Instant Messages | Outgoing | | | 5/31/2020 2:56:51 PM | | From: 6841237334 thereal_tandre_ (owner) Participants: 35034806 Αντωνιος (), 6841237334 thereal_tandre_ (owner) | They only had 2 crown bottles and I sold them both | |
| 35240 | Instant Messages | Incoming | | | 5/31/2020 3:00:48 PM | | From: 35034806 Αντωνιος () Participants: 35034806 Αντωνιος (), 6841237334 thereal_tandre_ (owner) | Damn lml | |
| 35241 | Call Log | Incoming | | | 5/31/2020 11:07:07 AM(UTC-4) | | From: +12165265060 Santana | 00:03:17 | |
| 35242 | Instant Messages | Incoming | | | 5/31/2020 3:08:56 PM | | From: 3672314990 Participants: 6841237334 thereal_tandre_ (owner), 3672314990 | | |
| 35243 | Call Log | Incoming | | | 5/31/2020 11:13:39 AM(UTC-4) | | From: +12165265060 Santana | 00:05:29 | |
| 35244 | Instant Messages | Outgoing | | | 5/31/2020 3:19:48 PM | | From: 6841237334 thereal_tandre_ (owner) Participants: 6841237334 thereal_tandre_ (owner), 3672314990 | We fucked Cleveland up | |
| 35245 | Log Entries | | | | 5/31/2020 11:20:26 AM(UTC-4) | | | com.apple.datausage.docsandsync: Wifi In:0 Wifi Out:0 Wan In:151430 Wan Out:57956 | |
| 35246 | Log Entries | | | | 5/31/2020 11:21:30 AM(UTC-4) | | | com.apple.mobileslideshow: Wifi In:0 Wifi Out:0 Wan In:7028 Wan Out:4525 | |
| 35247 | Log Entries | | | | 5/31/2020 11:21:45 AM(UTC-4) | | | Wifi In:0 Wifi Out:0 Wan In:30067 Wan Out:21385 | |
| 35248 | Log Entries | | | | 5/31/2020 11:25:56 AM(UTC-4) | | | com.apple.Preferences: Wifi In:0 Wifi Out:0 Wan In:562 Wan Out:181 | |

**GOVERNMENT ATTACHMENT 9** 1:20CR388