**+12164664143 B-herbo**

Come get me I'm leaving work early I'm trynna go to beachwood

Status: Read
Read: 5/30/2020 9:50:04 PM(UTC-4)

5/30/2020 6:41:40 PM(UTC-4)

Source Info:
iPhone/var/mobile/Library/SMS/sms.db : 0x17EDD3C (Table: message, handle, chat, Size: 38047744 bytes)

**+12164664143 B-herbo**

Who you with I just seen you

Status: Read
Read: 5/30/2020 9:50:04 PM(UTC-4)

5/30/2020 9:48:39 PM(UTC-4)

Source Info:
iPhone/var/mobile/Library/SMS/sms.db : 0x17EE21B (Table: message, handle, chat, Size: 38047744 bytes)

**+12168607877 Tea w/ Tee: Herbs N' Tee**

My brother wya

Status: Sent
Delivered: 5/30/2020 9:53:19 PM(UTC-4)

5/30/2020 9:53:17 PM(UTC-4)

Source Info:
iPhone/var/mobile/Library/SMS/sms.db : 0x17EFF8D (Table: message, chat, Size: 38047744 bytes)

**GOVERNMENT ATTACHMENT 11**
1:20CR388