UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION |
| | ) | |
| Plaintiff, | ) | CASE NUMBER 1:20 CR 388 |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| TANDRE BUCHANAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The above-captioned case came before this Court for a trial by jury. At the conclusion of the trial, the Jury returned two unanimous Verdicts of guilty against the Defendant Tandre Buchanan, Jr., on the Indictment.

Defendant Tandre Buchanan, Jr., was charged with Interference with Commerce by Means of Robbery in violation of 18 U.S.C. §§ 1951(a) and 2 and Tampering with Evidence in violation of 18 U.S.C. §§ 1512(c)(1).

The trial commenced on November 29, 2021. A Jury of twelve was selected with four alternates. Opening statements of counsel were made. The United States called the following witness(es): (1)Kelly Kandah. Court was adjourned until November 30, at 8:00 a.m.

The trial continued on November 30, 2021. The United States called the following witness(es): (1) Kelly Kandah, continued; (2) Anastasia Kime; (3) Sean Thomas Flanigan; (4) Ryan Tankersley; (5) Caleb Cass; (6) Jack Gorman; (7) Dale Lehrke; (8) Carmella Mistardi; and

(9) Special Agent William Hasty. Court was adjourned until December 1, 2021 at 8:00 a.m.

The trial continued on December 1, 2021. The United States rested. The Defense rested. Defendant's Motion pursuant to Fed. R. Crim. P. 29 was denied as to each count. The Court gave preliminary instructions of law to Jury. Closing arguments of counsel were made. The Court gave final instructions to Jury. The Alternate Jurors were excused and the Jury thereafter retired to deliberate. The Jury, in open court, returned two unanimous Verdicts of Guilty on the Indictment as follows:

### VERDICT FORM
### COUNT ONE

We the Jury, being duly impaneled and sworn, find the Defendant TANDRE BUCHANAN, JR., __Guilty__ **(insert in ink guilty or not guilty)** of Interference with Commerce by Robbery, in violation of Title 18, United States Code Section 1951(a) and 2, as charged in Count One of the Indictment.

### VERDICT FORM
### COUNT TWO

We the Jury, being duly impaneled and sworn, find the Defendant TANDRE BUCHANAN, JR., __Guilty__ **(insert in ink guilty or not guilty)** of Tampering with Evidence, in violation of Title 18, United States Code Section 1512(c)(1), as charged in Count Two of the Indictment.

The Court read the Verdicts in open court, and thereafter, the Court polled the Jury as to its Verdicts pursuant to Rule 31(d) of the Federal Rules of Criminal Procedure. Each Juror affirmatively responded to the correctness of the Verdicts. The Court accepted the Jury's

Verdicts. The Jury was discharged. The Defendant was referred to Probation for a Pre-Sentence Report and sentencing was set for March 23, 2021 at 10:00 a.m. Court was adjourned.

**IT IS SO ORDERED.**

_/s/ Donald C. Nugent_
**DONALD C. NUGENT**
**UNITED STATES DISTRICT JUDGE**

DATE: December 2, 2021